

**FILED**

06/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF
BYRON G. GRUBER

FILED

JUN 30 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Byron G. Gruber has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Gruber passed the MPRE in 2008 when seeking admission to the practice of law in Missouri, where he was admitted. Gruber has practiced law as member in good standing of the Missouri Bar since then "without any ethical or disciplinary issues."

Good cause appearing,

IT IS HEREBY ORDERED that the petition of Byron G. Gruber to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 30 day of June, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices